UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BROWNBACK,<br><br>             Plaintiff,<br><br>    v.<br><br>APPLOVIN CORPORATION, et al.,<br><br>             Defendants. | Case No. 25-cv-02772-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Quiero v. AppLovin Corp.*, No. 4:25-cv-02294-HSG.

**IT IS SO ORDERED.**

Dated: April 29, 2025

_____
EUMI K. LEE
United States District Judge