Shawn A. Williams (Cal. Bar Id. 213113)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

[Additional counsel appear below]

*Counsel for the Pension Funds and
Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| BEN BROWNBACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLOVIN CORPORATION, et al.,<br><br>Defendants. | Case No. 4:25-cv-02772-HSG<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND ORDER REGARDING THE SCHEDULE FOR FILING THE AMENDED CLASS ACTION COMPLAINT AND DEFENDANTS' RESPONSE THERETO |

4904-2762-9138.v1

1  Lead Plaintiffs Northern California Pipe Trades Trust Funds and Monroe County Employees'
2  Retirement System (together, "Lead Plaintiffs" or the "Pension Funds") and defendants AppLovin
3  Corporation, Adam Foroughi, Herald Chen, and Matthew Stumpf (collectively, "Defendants"),
4  through their undersigned counsel hereby agree to and stipulate pursuant to Local Rule 6-2, to the
5  following schedule for Lead Plaintiffs' filing of an amended complaint and Defendants' response
6  thereto:

7  WHEREAS, on March 24, 2025, Ben Brownback filed a complaint in the Northern District
8  of California (ECF 1);

9  WHEREAS, on June 30, 2025, the Court appointed the Pension Funds as Lead Plaintiffs,
10  approved their selection of Grant & Eisenhofer P.A. and Robbins Geller Rudman & Dowd LLP as
11  Lead Counsel for the putative class, and ordered the parties to submit a stipulation and proposed
12  order regarding the schedule for the filing of an amended complaint and the filing of Defendants'
13  response (ECF 39); and

14  WHEREAS, the parties subsequently conferred and have agreed to the schedule set forth
15  below.

16  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and request
17  the Court enter the following schedule:

18  1.  Lead Plaintiffs shall file an amended complaint by September 12, 2025;

19  2.  Defendants shall file their response to the amended complaint by November 14, 2025;

20  3.  In the event Defendants move to dismiss the amended complaint, Lead Plaintiffs shall
21  file an opposition to the motion to dismiss by January 12, 2026; and

22  4.  In the event Defendants move to dismiss the amended complaint, Defendants shall
23

24
25
26
27
28  JOINT STIPULATION AND ORDER REGARDING THE SCHEDULE FOR FILING THE
AMENDED CLASS ACTION COMPLAINT AND DEFENDANTS' RESPONSE THERETO -
4:25-cv-02772-HSG                                                                              - 1 -
4904-2762-9138.v1

file any reply in further support of their motion to dismiss by February 2, 2026.

DATED: July 10, 2025

    */s/ J. Marco Janoski Gray*
Ashley M. Kelly (Cal. Bar Id. 281597)
J. Marco Janoski Gray (Cal. Bar Id. 306547)
Justin Gary Oetting (Cal. Bar Id. 350807)
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423
Email: ashleyk@rgrdlaw.com
Email: mjanoskiv@rgrdlaw.com
Email: joetting@rgrdlaw.com

Shawn A. Williams (Cal. Bar Id. 213113)
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

DATED: July 10, 2025

    */s/ Karin E. Fisch*
Karin E. Fisch (admitted *pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com

M. Elizabeth Graham (Cal. Bar Id. 143085)
**GRANT & EISENHOFER P.A.**
2325 3rd Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for the Pension Funds and
Lead Counsel for the Class*

|   |   |
|---|---|
|   | Thomas C. Michaud<br>**VANOVERBEKE, MICHAUD**<br>**& TIMMONY, P.C.**<br>79 Alfred Street<br>Detroit, MI 48201<br>Tel.: (313) 578-1200<br>Fax: (313) 578-1201<br>Email: tmichaud@vmtlaw.com<br><br>*Additional Counsel* |
| DATED: July 10, 2025 | |
|   |  */s/ Hope D. Skibitsky*<br>Alexander Benjamin Spiro (*pro hac vice*)<br>Hope D. Skibitsky (*pro hac vice*)<br>Cara Mund (*pro hac vice* to be filed)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>295 5th Avenue<br>New York, NY 10016<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: alexspiro@quinnemanuel.com<br>Email: hopeskibitsky@quinnemanuel.com<br>Email: caramund@quinnemanuel.com<br><br>Joshua Courtney (SBN 348416)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 443-3000<br>Fax: (213) 443-3100<br>Email: joshuacourtney@quinnemanuel.com<br><br>*Counsel for Defendants AppLovin Corporation, Adam Foroughi, Herald Chen, and Matthew Stumpf* |

\*   \*   \*

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 7/10/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE