QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Victoria Blohm Parker (Bar No. 290862)
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

Alexander Benjamin Spiro (pro hac vice)
Hope D. Skibitsky (pro hac vice)
Brenna Nelinson (pro hac vice pending)
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
brennanelinson@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Counsel for Defendants*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BEN BROWNBACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLOVIN CORPORATION, ADAM FOROUGHI, HERALD CHEN, MATTHEW STUMPF, and VASILY (BASIL) SHIKIN,<br><br>Defendants. | Case No. 4:25-cv-02772-HSG<br><br>**JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR LEAD PLAINTIFFS' MOTION TO SUPPLEMENT THE AMENDED COMPLAINT** |

CASE NO. 4:25-cv-02772-HSG
JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

Lead Plaintiffs Northern California Pipe Trades Trust Funds and Monroe County Employees' Retirement System (together, "Lead Plaintiffs") and Defendants AppLovin Corporation, Adam Foroughi, Herald Chen, Matthew Stumpf, and Vasily (Basil) Shikin (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on September 12, 2025, Lead Plaintiffs filed an Amended Complaint for Violations of the Federal Securities Laws in the above-captioned Action, Dkt. No. 61 (the "Amended Complaint");

**WHEREAS**, on November 14, 2025, Defendants filed a Motion to Dismiss the Amended Complaint, Dkt. No. 71;

**WHEREAS**, on January 12, 2026, Lead Plaintiffs filed an Opposition to Defendants' Motion To Dismiss, Dkt. No. 74;

**WHEREAS**, Defendants' reply in further support of their Motion to Dismiss is due on February 2, 2026;

**WHEREAS**, on January 12, 2026, Lead Plaintiffs also filed a Motion to Supplement the Amended Complaint, Dkt. No. 76 (the "Motion to Supplement");

**WHEREAS**, pursuant to Civil Local Rule 7-3, Defendants' opposition to the Motion to Supplement is due on January 26, 2026, and Lead Plaintiffs' reply thereto is due on February 2, 2026;

**WHEREAS**, on January 22, 2026, the Parties conferred via email and have agreed to the modify the briefing schedule on Lead Plaintiffs' Motion to Supplement as set forth below.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, and request the Court enter the following schedule:

1. Defendants shall file their opposition to the Motion to Supplement by February 2, 2026;

2. Lead Plaintiffs shall file their reply in support of the Motion to Supplement by February 13, 2026.

JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

DATED: January 23, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Hope D. Skibitsky*

Alexander Benjamin Spiro (pro hac vice)
Hope D. Skibitsky (pro hac vice)
Brenna Nelinson (pro hac vice pending)
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
brennanelinson@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

Victoria Blohm Parker (Bar No. 290862)
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

*Counsel for Defendants*

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ J. Marco Janoski Gray*

J. Marco Janoski Gray (Cal. Bar Id. 306547)
Ashley M. Kelly (Cal. Bar Id. 281597)
John M. Kelley (Cal. Bar Id. 339965)
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423
Email: ashleyk@rgrdlaw.com
Email: mjanoski@rgrdlaw.com
Email: jkelley@rgrdlaw.com

Shawn A. Williams (Cal. Bar Id. 213113) Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

Karin E. Fisch (admitted pro hac vice)
Vincent J. Pontrello (admitted pro hac vice)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com
Email: vpontrello@gelaw.com

M. Elizabeth Graham (Cal. Bar Id. 143085) 2325
3rd Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

Thomas C. Michaud
VANOVERBEKE, MICHAUD & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
Tel.: (313) 578-1200
Fax: (313) 578-1201
Email: tmichaud@vmtlaw.com

*Additional Counsel*

\*    \*    \*

## ORDER

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Date:    _____1/23/2026_____    _____
Hon. Haywood S. Gilliam, Jr.,
United States District Judge

JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE