Shawn A. Williams (Cal. Bar Id. 213113)
**ROBBINS GELLER RUDMAN**
   **& DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

[Additional counsel appear below]

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BEN BROWNBACK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> APPLOVIN CORPORATION, et al., <br><br> Defendants. | Case No. 4:25-cv-02772-HSG <br><br> <u>CLASS ACTION</u> <br><br> JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 71) AND LEAD PLAINTIFFS' MOTION TO SUPPLEMENT(ECF NO. 76) (as modified) |

4916-7268-3154.v1

Lead Plaintiffs Northern California Pipe Trades Trust Funds and Monroe County Employees' Retirement System (collectively, "Lead Plaintiffs") and defendants AppLovin Corporation, Adam Foroughi, Herald Chen, Matthew Stumpf, and Vasily (Basil) Shikin (collectively, "Defendants"), through their undersigned counsel hereby agree to and stipulate pursuant to Civil Local Rule 6-2, to continue the hearing currently set for March 26, 2026, as set forth below:

WHEREAS, on November 14, 2025, Defendants filed the Motion to Dismiss Amended Complaint (ECF No. 71) (the "Motion to Dismiss"), originally noticed for hearing on March 12, 2026, at 2:00 p.m.;

WHEREAS, on January 12, 2026, Lead Plaintiffs filed the Motion to Supplement the Amended Complaint (ECF No. 76) (the "Motion to Supplement"), originally noticed for hearing on March 12, 2026, at 2:00 p.m.;

WHEREAS, on February 20, 2026, the Court continued the hearing on the Motion to Dismiss and Motion to Supplement to March 26, 2026, at 2:00 p.m. (ECF No. 89);

WHEREAS, counsel for Lead Plaintiffs have preexisting scheduling conflicts on March 26, 2026;

WHEREAS, counsel for Defendants does not oppose Lead Plaintiffs' request to continue the hearing in light of their scheduling conflicts;

WHEREAS, counsel for the Parties have conferred regarding scheduling and are available on either April 9, 2026 or April 23, 2026, at 2:00 p.m.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and respectfully request that the Court continue the hearing currently set for March 26, 2026, at 2:00 p.m., to April 9, 2026, or alternatively April 23, 2026, at 2:00 p.m.

[signature pages below]

DATED: March 2, 2026

*/s/ Marco Janoski*

J. Marco Janoski Gray (Cal. Bar Id. 306547)
Ashley M. Kelly (Cal. Bar Id. 281597)
John M. Kelley (Cal. Bar Id. 339965)
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Tel.: (619) 231-1058
Fax: (619) 231-7423
Email: mjanoski@rgrdlaw.com
Email: ashleyk@rgrdlaw.com
Email: jkelley@rgrdlaw.com

Shawn A. Williams (Cal. Bar Id. 213113)
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel.: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

DATED: March 2, 2026

*/s/ Karin E. Fisch*

Karin E. Fisch (admitted *pro hac vice*)
Vincent J. Pontrello (admitted *pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com
Email: vpontrello@gelaw.com

JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
(ECF NO. 71) AND LEAD PLAINTIFFS' MOTION TO SUPPLEMENT(ECF NO. 76)- 4:25-cv-02772-HSG
4916-7268-3154.v1

- 3 -

M. Elizabeth Graham (Cal. Bar Id. 143085)
**GRANT & EISENHOFER P.A.**
2325 3rd Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

Thomas C. Michaud
**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
79 Alfred Street
Detroit, MI  48201
Tel.: (313) 578-1200
Fax: (313) 578-1201
Email: tmichaud@vmtlaw.com

*Additional Counsel*

DATED: March 2, 2026

*/s/ Hope D. Skibitsky*

Hope D. Skibitsky (*pro hac vice*)
Alexander Benjamin Spiro (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Cara Mund (*pro hac vice* to be filed)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, NY  10016
Tel.: (212) 849-7000
Fax: (212) 849-7100
Email: alexspiro@quinnemanuel.com
Email: hopeskibitsky@quinnemanuel.com
Email: brennanelinson@quinnemanuel.com
Email: caramund@quinnemanuel.com

*Counsel for Defendants AppLovin Corporation, Adam Foroughi, Herald Chen, Matthew Stumpf, and Vasily (Basil) Shikin*

JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 71) AND LEAD PLAINTIFFS' MOTION TO SUPPLEMENT(ECF NO. 76)- 4:25-cv-02772-HSG
4916-7268-3154.v1

- 4 -

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, J. Marco Janoski Gray, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that all signatories concur in filing this stipulation.

*s/ Marco Janoski*

J. MARCO JANOSKI GRAY

\*     \*     \*

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the hearings  currently set for March 26, 2026, at 2:00 p.m. are CONTINUED to April 23, 2026, at 2:00 p.m.

DATED: 3/2/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 71) AND LEAD PLAINTIFFS' MOTION TO SUPPLEMENT(ECF NO. 76)- 4:25-cv-02772-HSG
4916-7268-3154.v1

- 5 -